**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

        v.

ADAM LEE KAISER

              **Defendant.**

:
:
:
:
:
:
:
:
:
:
:

Case: 1:26-mj-00086
Assigned To : Harvey, G. Michael
Assign. Date : 5/12/2026
Description: COMPLAINT W/ARREST WARRANT

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging ADAM LEE KAISER with Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1)(A), Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(i), and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S. Code § 841 (a)(1), (b)(1)(A)(viii).  Specifically, between March 9, 2025, and May 3, 2025, ADAM LEE KAISER ("KAISER") transported child pornography from his residence to another individual.  On or about between March 9, 2025, and May 12, 2026, KAISER possessed child pornography.  On or about May 12, 2026, KAISER possessed with an intent to distribute approximately 87.5 grams of methamphetamine.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## AFFIANT BACKGROUND

4.      I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, advertisement, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251(d) "Advertisement of Child Pornography,"18 U.S.C. § 2252(a)(2)(A) "Distribution of Child Pornography," and 18 U.S.C. § 2252(a)(4)(b)(i) "Possession of Child Pornography." As such, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516

of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1)(A), Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(i), and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S. Code § 841 (a)(1), (b)(1)(A)(viii) (hereafter, the "TARGET OFFENSES") have been committed by KAISER.

## PROBABLE CAUSE

7.      In July 2025, in search warrant case number 25-SW-185, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of a residence in Washington, DC. The warrant concerned violations of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) ("TARGET OFFENSES") committed by the occupant of the residence ("SUBJECT 1"). During the execution of the search warrant, which also authorized the search of digital devices contained within the residence, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography. Some of these conversations utilized the Telegram Messenger (Telegram)[1]

---

[1] Telegram is an internet-based messaging and social-media application for smartphones, tablets, and

application and the Signal Messenger application ("Signal")[2]. That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint.

8.    Among other digital devices, SUBJECT 1's cell phone and laptop computer were seized by the FBI, as authorized by the warrant. Through review of the digital devices, which remains ongoing, the FBI identified supporting evidence that SUBJECT 1 was actively involved in the distribution, possession, receipt, and/or transportation of child sexual abuse material ("CSAM") via the use of Signal, Telegram, iMessage, and Zoom. SUBJECT 1 was also found to be involved in the use of narcotics, specifically crystal methamphetamine.

9.    SUBJECT 1 was found to be communicating with an individual who would later be identified as Adam Kaiser ("KAISER"). SUBJECT 1 communicated with the user via Telegram and through Apple iMessage. KAISER communicated with SUBJECT 1 using a Telegram account with a username of DCBoyBro4Fun and a phone number of 716-XXX-8639. The Telegram account of @DCBoyBro4Fun had a display name of "SG Cake Boy." KAISER and SUBJECT 1 discussed the use of narcotics, specifically methamphetamine in their messages, and arranged to meet at SUBJECT 1's home on several occasions.

---

computers. Users can transmit messages, photos, videos, and other types of files with one another. Users can also create and participate in "groups," which allow up to 200,000 users to exchange messages and files, including photos and videos. Telegram uses encryption properties to foster privacy and security in messaging. Because Telegram uses technological means to deliberately conceal the jurisdiction where its information is located, law enforcement has no means of preserving the contents of Telegram accounts or securing the content of Telegram accounts through search warrants or other legal process. Accordingly, Telegram is subject to the type of remote search requested by this warrant pursuant to Federal Rule of Criminal Procedure 41(b)(6)(A).

[2] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

10.     On March 9, 2025, during the early morning hours, SUBJECT 1 messages KAISER via Apple iMessage, "Are you still coming?" and KAISER advises, "Yes sorry almost ready." SUBJECT 1 then asks KAISER, "Can you please please please bring some butane[3]?" Later in the evening on the same day SUBJECT 1 messages KAISER, "Thanks again for coming today."

11.     On May 2, 2025, SUBJECT 1 coordinated with KAISER for him to come over to his home and provided his address. KAISER asked SUBJECT 1 if he should bring his "drive" or his "computer" and indicated he is waiting for his "connect" before coming over.

12.     SUBJECT 1 met with law enforcement in the presence of his attorney after being arrested and provided information regarding his and others activity with child exploitation. SUBJECT 1 provided information about KAISER during these meetings.

13.     SUBJECT 1 reported that he had met KAISER through a mutual friend and had his phone number saved on his phone. SUBJECT 1 confirmed that Kaiser's phone number is 716-XXX-8639 and stated that he believed KAISER's Telegram account is "Cake Boy." SUBJECT 1 believed that KAISER lives in Cleveland Park and is an active drug dealer, specifically selling methamphetamine. KAISER had offered to sell methamphetamine to SUBJECT 1 on one occasion but SUBJECT 1 had refused the offer.

14.     SUBJECT 1 advised that KAISER had come to his home on at least three occasions to watch CSAM with SUBJECT 1. SUBJECT 1 reported that KAISER has his own CSAM collection which he showed to SUBJECT 1 from a hard drive. SUBJECT 1 reported that KAISER has a large collection of CSAM and KAISER had transferred CSAM from a hard drive to SUBJECT 1's computer on at least one occasion.

---

[3] Butane lighters are frequently used for the preparation and use of crystal methamphetamine so it can be inhaled or injected.

15.     On February 5, 2026, your affiant reviewed SUBJECT 1's Telegram account and located "SG Cake Boy" within the account's contacts.  Your affiant found that the Telegram account's username is @DCBoyBro4Fun and the display name is "CakeBOY."  Your affiant requested that a member of the FBI issue an administrative subpoena to Telegram for subscriber information and internet protocol ("IP") logs.

16.     On February 5, 2026, an online covert employee ("OCE") assigned to the FBI Washington Field Office's ("WFO") Child Exploitation and Human Trafficking Task Force ("CEHTTF") contacted KAISER via the Telegram account @DCBoyBro4Fun.  The OCE advised KAISER that he believed he has similar interests as KAISER and indicated he lives in "NoMA."  Kaiser reported that he lives in Cleveland Park and advised that he was into "a lot."  On February 19, 2026, the OCE advised Kaiser, "We're having a hard time connecting 😂.  I'm 35 / bi / no limits / divorced.  🏈 🏈 🏈 🏈[4]  is my fav and I'm a dad."

17.     On February 23, 2026, the OCE received a message on Signal from the user "Cake Boy" of "Hey in dc what's up."  The OCE responded with, "Hey, not much.  Same cake boy from Tele? Lol" and the user advised, "Ya."  The Signal user advised the OCE that he lives in "Cleveland Park" and expressed an interest in meeting.  The OCE advised the user, "I don't typically meet unless I know I'm on the same page as someone.  Trying to be safe."  The Signal user advised, "Let's chat.  I think we're on the same page though."

18.     The OCE reviewed the Signal user's profile and found that the Signal user, Cake Boy, and the OCE were both members of two groups which are named "young hot boys" and "👿"NO LIMITS"👿."  The OCE knows that both groups contain users who are actively

---

[4] A football emoji is used in the child exploitation online world to describe a specific series of videos depicting the violent sexual abuse of a toddler by an adult male.

distributing CSAM and are engaged in the discussion of child exploitation. The Signal user Cake Boy has been a member of these groups since at least February 23, 2026, to the present.

19.    On February 23, 2026, at approximately 9:33 am, a Signal user posted one video to the Signal group "young hot boys." The video appears to be recorded by a hidden camera placed above a mattress. A prepubescent boy is laying on the bed in a Spider Man costume and a pubescent boy joins him in the bed. The older boy undresses the younger boy then takes his own clothes off. The older boy then begins manipulating the younger boy's penis with his hand and eventually penetrates the younger boy's anus with his erect penis.

20.    On March 23, 2026, at approximately 11:30 pm, a Signal user posted one video to the Signal group "young hot boys." The video shows an adult male penetrating the anus of a prepubescent boy with his erect penis while the boy masturbates. The video ends with both the man and the boy lying next to each other masturbating.

21.    On April 9, 2026, at approximately 6:00 am, a Signal user posted four videos to the Signal group 😈"NO LIMITS"😈. The OCE reviewed the videos and observed that the videos appeared to be a series documenting the sexual abuse of a prepubescent boy by an adult male. The child's anus is penetrated by the adult male's erect penis in all four videos, and the adult male is also observed masturbating over top of the child's buttocks.

22.    On March 3, 2026, the FBI received the requested information from Telegram regarding @DCBoyBro4Fun. Telegram advised that the account had been registered with the 716-XXX-8639 and last accessed from an IP address of 38.42.4.94.

23.    On March 3, 2026, your affiant requested that a member of the FBI issue an administrative subpoena to Boost Mobile for subscriber information and call detail records (CDR) for 716-XXX-8639.

24.     On March 3, 2026, your affiant requested that a member of the FBI issue an administrative subpoena to Starry Inc. for the subscriber information for the IP address of 38.42.4.94.

25.     On April 7, 2026, Boost Mobile responded to the FBI with the requested information for 716-XXX-8639.  Boost Mobile advised that the account is registered to a subscriber of Adam Kaiser of 2800 Quebec Street NW #XXX, Washington, D.C. 20008.[5]  The account is currently active and has been since December 9, 2023.

26.     On April 6, 2026, an individual ("SUBJECT 2") who had been arrested for federal child exploitation offenses within the District of Columbia was interviewed by members of the FBI CEHTTF with their attorney present.  SUBJECT 2 provided information that he had been involved in the distribution, possession, receipt, and/or transportation of CSAM within D.C.

27.     SUBJECT 2 reported that he had watched CSAM with SUBJECT 1 and an individual he knows as Cake Boy at SUBJECT 1's home.  SUBJECT 2 disclosed that they had smoked methamphetamine while watching CSAM at SUBJECT 1's home.  SUBJECT 2 reported that this was the only time he met Cake Boy in person but had joined Zoom rooms in which Cake Boy was also present.  SUBJECT 2 reported that Cake Boy had a hard drive full of CSAM and he believed it contained the same content as SUBJECT 1's hard drive, which also contained CSAM. SUBJECT 2 was shown the following photograph of KAISER and asked if he recognized the individual in the photograph.  SUBJECT 2 advised that the individual in the photograph was Cake Boy.

---

[5] This address is in the Cleveland Park area of Washington, D.C.



28.    Your affiant reviewed SUBJECT 2's cellular phone seized during a search of his residence and located Telegram messages between SUBJECT 2 and the Telegram account of "CakeBoy."  Your affiant found that the two discussed meeting in person to "…watch porn and JO[6]…" and SUBJECT 2 asked Kaiser, "Pizza[7] ?" at one point.  Cakeboy advised SUBJECT 2 that he lives in Cleveland Park, his Snapchat is DCBOYBRO4FUN, and he forwarded the following picture of himself to SUBJECT 2.



---

[6] "JO" is a term for masturbation.
[7] Pizza is a term used by individuals involved in child exploitation offenses as a codeword for child pornography.

29.    On April 6, 2026, your affiant requested that a member of the FBI issue an administrative subpoena for the Snapchat account of DCBOYBRO4FUN's subscriber information and IP logs.

30.    On April 7, 2026, Starry Inc. responded to the FBI with the requested information. Starry Inc. reported that the account is registered with a subscriber of Adam Kaiser at the TARGET PREMISES.    The account is linked to 716-XXX-8639 and an email address of KAISER312@GMAIL.COM.  The account is currently active and has been since March 17, 2022.

31.    On April 7, 2026, Snapchat responded to the FBI and provided the requested information.  Snapchat reported that the account is registered to an individual using the display name "Cake Boy" and an email address of DCBOYBRO4FUN@YAHOO.COM.  The account had last been accessed from the IP address of 38.42.4.94 on April 5, 2026 at 6:01 pm, the same IP address previously referenced.

32.    On May 4, 2026, your affiant presented an affidavit in support of a search warrant for 2800 Quebec Street NW, #XXX and for the person of KAISER to United States District Court (USDC) Magistrate Judge Zia Faruqui.  USDC Magistrate Judge Faruqui reviewed the affidavit and authorized the search of 2800 Quebec Street NW, #XXX, Washington, D.C. and KAISER's person (26-SW-132).

33.    On May 12, 2026, at approximately 6:06 am, members of the FBI CEHTTF executed USDC search warrant 26-SW-132 at 2800 Quebec Street NW, #XXX, Washington, D.C. The members located KAISER within the residence which was a studio style apartment.  KAISER appeared to be living at the residence by himself.

34.    The members conducted a search of the residence and located within the living room of the apartment a large bag of a crystal-like substance.  Your affiant recognized the

substance as likely being crystal methamphetamine and field tested the substance. The crystal-like substance field tested positive for the presence of amphetamine. The substance was weighed on-scene and was approximately 87.5 grams.

35.    The search led to the recovery of additional six (6) Ziploc bags which also contained a crystal-like substance and the recovery of a bag that contained a blue crystal-like substance. The members also located three (3) digital scales, numerous other Ziploc bags like the ones used to package the suspected narcotics, $1000 in U.S. currency, razors, syringes, smoking devices, butane lighters, and other paraphernalia indicative of the possession with intent to distribute a narcotic, specifically methamphetamine.



36.    The members also located several digital devices within the residence to include a black external hard drive, a laptop computer, and an Apple iPhone. The external hard drive was located on a dresser next to the bed within the studio apartment and the Apple iPhone was located on the bed of the apartment. The external hard drive had serial number of WX11AA8PXK65 and the Apple iPhone was unlocked with KAISER's biometrics authorized by 26-SW-132.

37.    A member conducted a preliminary review of KAISER's Apple iPhone and found that the Signal application was installed along with Telegram. The Signal application required a

passcode to access, and the Telegram account was identified as the same used to communicate with the FBI CEHTTF UC (@DCBoyBro4Fun).

38.     A member conducted a preliminary review of the external hard drive located within the residence which contained approximately sixteen (16) gigabytes of data.   The member observed that the majority of the data on the device are media files of CSAM to include the following examples of content located on the device,

    i.  OZCGYE9G: An eight (8) minute and fifty- nine (59) second long video of numerous videos put together in a compilation style.  The videos display infants being anally penetrated by adult male's erect penises, ejaculated on by adult males, and adult males penetrating the mouths of infants with their erect penises.

    ii.  1Q8OJBZV:  A twenty-three (23) second long video of an adult male ejaculating into an infant child's mouth.

    iii.  2EPOGIUV:  A five (5) minute and twelve (12) second long video of an adult male violently and forcibly anally penetrating a toddler boy with his erect penis.  The video is known to law enforcement as a "Matt Video" and is part of a series of videos depicting the violent rape of a toddler boy by a man named "Matt Estes."

    iv.  3PT1MPGJ:  A thirty-eight (38) second long video that displays a nude infant child sitting on the lap of an adult male while the adult male penetrates the child with their erect penis.  The adult male moves his erect penis during the course of the video from penetrating the child to into the child's hands.

39.     Your affiant interviewed an employee who works at the front desk of 2800 Quebec Street Northwest.  The employee advised that he has worked at the building for several years and is familiar with KAISER.  The employee reported that KAISER always had frequent visitors to his apartment when he was working and stated that approximately five to six people would visit KAISER a week.  The visitors would only stay for approximately fifteen (15) to twenty (20) minutes and the employee believed the visitors had the appearance of being drug users.

40.     Your affiant was advised by another employee of the building that KAISER had filed a report indicating that his fire alarm was no longer working and needed to be repaired. KAISER indicated in his report that employees of the building were not allowed in his apartment after filing the report.

41.     Your affiant believes that KAISER is engaged in the distribution and sale of methamphetamine based on the weight of suspected narcotics recovered from KAISER's residence which is not indicative of personal use, the implements recovered used to package and distribute the suspected narcotics, the recovered US Currency, the information provided by employees of the building, and the information provided by SUBJECT 1 and SUBJECT 2.

## **CONCLUSION**

42.     For the reasons set forth above, I submit that probable cause exists to believe that, between March 9, 2025 and May 3, 2025, KAISER committed the offense of Transportation of Child Pornography, in violation of 18 U.S.C. § 2251(a)(2), and between March 9, 2025 and May 12, 2026, KAISER committed the offense of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(i). Furthermore, probable cause exists to believe that, on or about May 12, 2026, KAISER committed the offense of Possession with Intent to Distribute Methamphetamine,

in violation of 21 U.S. Code § 841 (a)(1), (b)(1)(A)(viii).  I respectfully request that a criminal

complaint be issued for KAISER.


Respectfully submitted,


_____

Thomas Sullivan
Detective
Metropolitan Police Department of D.C.


Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P.
4.1 and 41(d)(3) via telephone on May 12, 2026.


_____

The Honorable G. Michael Harvey
United States Magistrate Judge